An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA M. PEFLEY,
Appellant,
vs.
ALBERT A. PEFLEY,
Respondent.

No. 59904

**FILED**

FEB 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

<u>ORDER OF AFFIRMANCE</u>

This is a proper person appeal from a district court divorce decree. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

On appeal, appellant challenges the amount of spousal support awarded to her and the district court's award of primary physical custody of three of the parties' children to respondent. The district court has wide discretion in determining spousal support. See <u>Wolff v. Wolff</u>, 112 Nev. 1355, 929 P.2d 916 (1996). Child custody matters rest in the district court's sound discretion, <u>Wallace v. Wallace</u>, 112 Nev. 1015, 1019, 922 P.2d 541, 543 (1996), and this court will not disturb the district court's custody decision absent a clear abuse of that discretion. <u>Castle v. Simmons</u>, 120 Nev. 98, 101, 86 P.3d 1042, 1045 (2004).

Having reviewed the proper person appeal statement and the record on appeal, we conclude that the district court did not abuse its discretion. In setting the amount of spousal support, the district court properly considered the spouse's respective financial conditions, the duration of the marriage, each spouses' income, earning capacity, age and health, the marketable skills obtained by appellant and respondent during the marriage, and the contribution of appellant as a homemaker. NRS

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04963

125.150(8). As to the district court's ruling regarding the custody of the parties' three youngest children, the record on appeal supports the district court's finding that awarding primary custody, subject to appellant's visitation, to respondent was in the best interest of the children. NRS 125.480(1). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Egan K. Walker, District Judge
        Maria M. Pefley
        Fry & Berning, LLC
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A